UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID
$38.25
Origin: 76134
10/20/26
4832330115-40

PRIORITY MAIL EXPRESS®

DERIK A SHIMERGLICK
412 OLD ANNETTA RD
ALEDO TX 76008-4493
(818) 322-9575

0 Lb 15.50 Oz
RDC 07

SCHEDULED DELIVERY DAY: 10/21/26 06:00 PM

C005

SHIP TO:
(818) 322-9575
JOAN KANE
WILLIAM J HOLLOWAY US COURTHOUSE
STE 1210
200 NW 4TH ST
OKLAHOMA CITY OK 73102-3027

USPS TRACKING® #

9570 1126 5083 6293 9038 98

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

PRIORITY MAIL EXPRESS®

DERIK ANTHONY SHIMERGLICK
c/o 412 OLD ANNETTA Road
GPO 673
Aledo Texas 76008 RFD

OCT 20 2026 USPS

RECEIVED
OCT 21 2026
Clerk, U.S. District Court
WESTERN DIST. OF OKLA.

Joan Kane, Clerk
William J. Holloway Jr.
United States Courthouse
200 N.W. 4th Street
RM 1210
Oklahoma City Oklahoma
73102

GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

DERIK ANTHONY SHIMER GLICK
c/o 42 OLD ANNETTA Road 673
Aledo, Texas 76008 RFD

Joan Kane, Clerk
Williams J. Holloway Jr.
United States Courthouse
200 N.W. 4th Street
Rm 1210
Oklahoma City, Oklahoma
73102