DEREK ANTHONY SUZMERGLECK c/o
GPO 673
OlD Annetta Road - 412
Aledo Texas 76008

NORTH TEXAS TX P&DC
DALLAS TX 750
29 OCT 2026 PM 3 L

Thinking




RECEIVED

NOV 02 2026

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Clerk Joan Kane Clerk of Court
William J Holloway, Jr U.S. Courthouse
200 NW 4th Street, Room 1210
Oklahoma City Oklahoma 73012

73102-302710